GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Arizona State Bar No. 028042
BENJAMIN GOLDBERG
New York State Bar No. 5346838
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

CR23-00908 TUC-SHR(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Eric Ridenour,<br>AKA Eric Duane Ridenour,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>18 U.S.C. § 844(i)<br>(Arson of Property Used in Interstate Commerce)<br>Counts 1-2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, maliciously damaged and destroyed, by means of fire, a building used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, to wit: Saint Stephen's Episcopal Church at 749 11th Street, Douglas, Arizona.

All in violation of Title 18, United States Code, Section 844(i).

///

## COUNT 2

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, maliciously damaged and destroyed, by means of fire, a building used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, to wit: First Presbyterian Church at 1020 D Avenue, Douglas, Arizona.

All in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Dated: June 22, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

s/

ADAM D. ROSSI
BENJAMIN GOLDBERG
Assistant U.S. Attorneys