GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Arizona State Bar No. 028042
BENJAMIN GOLDBERG
New York State Bar No. 5346838
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED

2023 OCT -5  PM 1: 49

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 23-00908-TUC-SHR (LCK) |
|---|---|
| Plaintiff, | **S U P E R S E D I N G**<br>**I N D I C T M E N T** |
| vs. | Violations:<br>18 U.S.C. § 844(i)<br>(Arson of Property Used in Interstate Commerce)<br>Counts 1 and 4 |
| Eric Ridenour,<br>AKA Eric Duane Ridenour, | 18 U.S.C. §§ 247(a)(2), 247(b) and 247(d)(3)<br>(Obstruction of Free Exercise of Religious Beliefs by Fire)<br>Counts 2 and 5 |
| Defendant. | 18 U.S.C. § 844(h)(1)<br>(Using Fire to Commit Federal Felony)<br>Counts 3 and 6 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, maliciously damaged and destroyed, by means of fire, a building used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, to wit: Saint Stephen's Episcopal Church at 749 11th Street, Douglas, Arizona.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT 2

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, intentionally obstructed, by force and threat of force, the parishioners of Saint Stephen's Episcopal Church at 749 11th Street, Douglas, Arizona, in the enjoyment of those victims' free exercise of religious beliefs, and attempted to do so, which conduct was in and affected interstate commerce.

All in violation of Title 18, United States Code, Sections 247(a)(2), 247(b), and 247(d)(3).

## COUNT 3

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, did knowingly and intentionally use fire to commit any felony which may be prosecuted in a court of the United States, namely, the felony Obstruction of Free Exercise of Religious Beliefs by Fire charged in Count 2 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 844(h)(1).

## COUNT 4

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, maliciously damaged and destroyed, by means of fire, a building used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, to wit: First Presbyterian Church at 1020 D Avenue, Douglas, Arizona.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT 5

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, intentionally obstructed, by force and threat of force, the parishioners of First Presbyterian Church at

1020 D Avenue, Douglas, Arizona, in the enjoyment of those victims' free exercise of religious beliefs, and attempted to do so, which conduct was in and affected interstate commerce.

All in violation of Title 18, United States Code, Sections 247(a)(2), 247(b), and 247(d)(3).

### COUNT 6

On or about May 22, 2023, in the District of Arizona, at or near Douglas, Arizona, the defendant, ERIC RIDENOUR, AKA ERIC DUANE RIDENOUR, did knowingly and intentionally use fire to commit any felony which may be prosecuted in a court of the United States, namely, the felony Obstruction of Free Exercise of Religious Beliefs by Fire charged in Count 5 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 844(h)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: October 5, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona
/ S /

ADAM D. ROSSI
BENJAMIN GOLDBERG
Assistant U.S. Attorneys

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Ridenour*
*Superseding Indictment Page 3 of 3*