

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Eric Ridenour,<br><br>    Defendant. | Case No. CR23-00908-TUC-SHR(LCK)<br><br>RETURN OF EXHIBITS |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the (INSERT HEARING) held on (INSERT DATE(S)).

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further order of the Court.

Government: 1-8. 17, 18, 24, 25 (picked up by AUSA Office)

Exhibits 27-32 (picked up by Agent N. Skidmore) (Exhibit list on file)

Date: 7/11/2024

AUSA: Austin Fenwick

Picked Up By: _____

Print Name: Cedric A. Peete